UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASHID WADEEA, Individually and on Behalf of All Others Similarly Situated,<br><br>                                     Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Corporation,<br><br>                                     Defendant. | Case No.:  24-cv-1587-JLS-DDL<br><br>**ORDER DENYING DEFENDANT'S MOTION TO MODIFY OCTOBER 31 ORDER**<br><br>**[Dkt. No. 252]** |

On October 31, 2025, in light of numerous ongoing discovery disputes between the parties, the Court vacated the November 6, 2025 fact discovery cutoff date and ordered that "[n]o party shall propound additional written discovery, serve additional third-party subpoenas or take additional depositions absent leave of court."  Dkt. No. 162 ("October 31 Order").  Defendant Mercedes-Benz USA now moves to modify the October 31 Order to add a good cause requirement for any additional discovery.  Dkt. No. 252.  Plaintiff opposes.  *Id.* at 5. For the reasons below, the motion is **DENIED.**

/ / / /

/ / / /

/ / / /

/ / / /

Defendant seeks to modify the October 31 Order so that no additional discovery is propounded without both good cause and leave of court.  Dkt. No. 252.  Plaintiff opposes the request, arguing that "[t]here is no dispute here ripe for adjudication" as she "does not presently seek to propound additional discovery."  Dkt. No. 252 at 7.  The Court agrees with Plaintiff.  Defendant's request to amend the standard by which the Court grants leave is not ripe in the absence of any pending discovery requests.  The relief sought by Defendant would effectively serve as a mere advisement regarding whether the Court will grant hypothetical future requests for additional discovery. See *Ctr. for Biological Diversity v. United States Forest Serv.,* 925 F.3d 1041, 1048 (9th Cir. 2019) ("the court must be empowered to issue a decision that serves as more than an advisement or recommendation").  If future requests for additional discovery are made, Defendant may argue that the Court should deny leave where good cause does not exist, at which time the Court will consider Defendant's argument in the context of the specific discovery request at issue.

For the reasons stated above, Defendant's motion to modify the Court's October 31 Order [Dkt. No. 252] is **DENIED**.

**IT IS SO ORDERED.**

Dated: April 13, 2026

_David Leshner_

Hon. David D. Leshner
United States Magistrate Judge

24-cv-1587-JLS-DDL