UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASHID WADEEA, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC,<br><br>       Defendant. | Case No.:  24-cv-1587-JLS-DDL<br><br><br>**ORDER FOLLOWING JULY 1, 2026 DISCOVERY CONFERENCE** |

On July 1, 2026, the Court held a Discovery Conference at the request of the parties regarding Defendant Mercedes-Benz USA's ("MBUSA") non-production of a six-page "one time analysis" referenced in MBUSA_WADEEA_0008535 ("Analysis Document"). At the hearing, Plaintiff stated that she first requested the Analysis Document in September 2025 and was informed that MBUSA would be withholding it on November 3, 2025.

Based on the record before the Court, it is clear that Plaintiff has failed to timely raise this issue.  The undersigned's Chambers Rules require that all discovery disputes be raised with the Court "within 30 days of the event giving rise to the dispute."  Leshner Chambers Rules III(D).  "Deadlines to bring discovery disputes exist for good reason, as it is in everyone's best interest that disputes be addressed quickly and while the matter is fresh in everyone's minds."  *In re Ameranth Cases*, No. 11-CV-1810-DMS(WVG), 2018 WL 1744497, at *1 (S.D. Cal. Apr. 11, 2018).  Plaintiff has been aware of the Analysis

1

Document and MBUSA's withholding thereof since at least November 3, 2025, and the parties did not request a discovery conference raising the issue until June 9, 2026. Given this timeline, Plaintiff's efforts to justify the delay in raising this discovery dispute are unpersuasive.

However, considering the discreet nature of the document at issue and the interests of justice, the Court will exercise its discretion to consider this issue on the merits. The Court will require compliance with its Chambers Rules – including the requirement that discovery disputes be raised with the Court within 30 days of the event giving rise to the dispute – with respect to all future discovery disputes.

The Court **ORDERS** as follows:

1. Plaintiff is authorized to file a motion to compel production of the Analysis Document by not later than **July 13, 2026**. Plaintiff's motion shall include as Exhibit A the specific request(s) for production to which Plaintiff contends the Analysis Document is responsive and MBUSA's response(s) to those requests. The motion shall not exceed five pages, exclusive of exhibits.

2. Defendant shall file any response by not later than **July 20, 2026**. The response shall not exceed five pages, exclusive of exhibits.

3. By not later than **July 20, 2026**, MBUSA shall submit the Analysis Document to the Court for *in camera* review.

4. The Court will hold a motion hearing on **August 5, 2026** at **2:00 p.m.** via Zoom.

   **IT IS SO ORDERED.**

Dated:  July 6, 2026

_David Leshner_

_____
Hon. David D. Leshner
United States Magistrate Judge