UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

MAHSHID WADEEA, individually and on behalf of all others similarly situated,

Plaintiff,

v.

MERCEDES-BENZ USA, LLC, a Delaware Corporation; MERCEDES-BENZ GROUP AG, a German Corporation (f/k/a DAIMLER AG); MERCEDEZ-BENZ AG, a German Corporation,

Defendants.

Case No.: 24-CV-1587-JLS-DDL

**ORDER GRANTING RENEWED JOINT MOTION TO FILE UNDER SEAL SPECIFIC PORTIONS OF PLAINTIFF'S DEPOSITION TRANSCRIPT.**

**[Dkt. No. 350]**

Before the Court is Plaintiff Mahshid Wadeea's ("Plaintiff") and Defendant Mercedes Benz USA, LLC's ("MBUSA") (together, the "Parties") Renewed Joint Motion to File Under Seal specific portions of Plaintiff's deposition transcript ("the Transcript"). Dkt. No. 350. Specifically, the Parties move to redact portions of the Transcript which reference Plaintiff's address and location. On September 18, 2026, the Court denied a prior Joint Motion to Seal, but granted Plaintiff leave to file a renewed motion with more narrow redactions. *See* Dkt. No. 336. The Parties have demonstrated that good cause exists to

redact this information. Accordingly, the Court **GRANTS** the Parties' Renewed Joint Motion to Seal.

## I.

## LEGAL STANDARDS

The public enjoys "a general right to inspect and copy public records and documents, including judicial records and documents." *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 (1978). This longstanding principle "is based on the need for federal courts, although independent – indeed, particularly because they are independent – to have a measure of accountability and for the public to have confidence in the administration of justice." *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1096 (9th Cir. 2016). Thus, when evaluating a request to seal judicial records, courts apply "a strong presumption in favor of access" to those records. *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). The party or parties requesting sealing bear the burden of overcoming this strong presumption. *Id*.

"Generally, the Court applies a good cause standard to motions to seal documents related to a discovery motion." *Dunsmore v. San Diego Cnty. Sheriff's Dep't*, No. 20-CV 406-AJB-DDL, 2024 WL 628021, at *9 (S.D. Cal. Feb. 14, 2024). Although less demanding than the "compelling reasons" standard, "good cause" nevertheless requires a particularized showing that specific prejudice or harm will result if the information is disclosed. *Phillips ex rel. Ests. of Byrd v. Gen Motors Corp.*, 307 F.3d 1206, 1210-11 (9th Cir. 2002). "Broad allegations of harm, unsubstantiated by specific examples or articulated reasoning," do not satisfy the good cause standard. *Beckman Indus., Inc. v. Int'l Ins. Co.*, 966 F.2d 470, 476 (9th Cir. 1992). The good cause standard applies here because the motions to seal at issue involve documents filed in connection with discovery motions.

## II.

## ANALYSIS

The Parties argue that their redactions are narrowly tailored to "withhold [Plaintiff's] location-identifying details" including "Plaintiff's current city, the distance between her

home and workplace, and a specific street address near her home." Dkt. No. 350 at 6. The Court finds that the proposed redactions are supported by good cause and narrowly tailored to protect Plaintiff's location from public disclosure. However, the Court declines to grant the Parties' request that it "deem Exhibit 1 the public version of Plaintiff's deposition transcript for purposes of Dkt. Nos. 236, 242, and 310." Dkt. No. 350 at 6. The Court finds this requested relief to be unnecessary given the redacted transcript at Dkt. No. 350-1 is in the record.

## III.

## CONCLUSION

For the foregoing reasons, the Parties' Renewed Joint Motion to Seal [Dkt. No. 350] is **GRANTED** with respect to all redactions set forth in Exhibit 1. *See* Dkt. No. 350-1. The Clerk of Court is respectfully requested to file the unredacted deposition transcript [Dkt. No. 325] under seal.

**IT IS SO ORDERED.**

Dated: October 6, 2026

David Leshner

Hon. David D. Leshner
United States Magistrate Judge